BAILEY, Appellant, v. BAILEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Elizabeth V. Bailey against Herbert D. Bailey. PER CURIAM. Order reversed, and motion granted, allowing the plaintiff $25 per week for the maintenance of herself and child during the pendency of the action, and $300 counsel fees, with costs of motion to plaintiff, and $10 costs and disbursements in this court. SMITH, P. J., and BETTS, J., dissent.

BAILEY v. BAILEY. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Elizabeth V. Bailey against Herbert D. Bailey. No opinion. Motion denied. See, also, supra.

BALABAN v. MIDDLETON et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Supplementary proceedings by Florence Balaban against William Middleton and William Wohlgemuth. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Appellant, v. LOCOMOBILE CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Ralph S. Baldwin, an infant, etc., against the Locomobile Company of America. PER CURIAM. Judgment and order affirmed, with costs, upon the authority of Baldwin v. Locomobile Co., 143 App. Div. 599, 128 N. Y. Supp. 429. See, also, 128 N. Y. Supp. 1112. WOODWARD, J., dissents.

BANZER, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary E. Banzer against Charles Richter. No opinion. Judgment affirmed, with costs. See, also, 68 Misc. Rep. 192, 123 N. Y. Supp. 678.

BARBER, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Clarence L. Barber against Edward W. Davidson. A. Thain, for appellant. M. J. Tierney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 962, 119 N. Y. Supp. 1113.

BARBER et al., Respondents, v. FARONE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Andrew Barber and another against Joseph Farone and another. No opinion. Judgment and order unanimously affirmed, with costs.

In re BARNARD. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Horace Barnard. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 129 N. Y. Supp. 939.

BARNETT v. SCHWORTZREICH. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by William Barnett against Leo Schwortzreich. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 136 App. Div. 940, 121 N. Y. Supp. 1125.

BARTINDALE v. BARTINDALE. In re BARTINDALE. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Davelle C. Bartindale against Jack W. Bartindale. In the matter of Jack W. Bartindale. M. L. Arnstein, for appellant. A. S. Hamlin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARWIN REALTY CO., Respondent, v. UNION STOVE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Barwin Realty Company against the Union Stove Works. No opinion. Motion for leave to appeal to the Court of Appeals granted, questions certified, and order signed. For former opinion, see 130 N. Y. Supp. 781.

BECKER, Appellant, v. WEHLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Charles A. Becker against Louis J. Wehle. No opinion. Motion granted and appeal dismissed, with costs.

BENNETT, Appellant, v. LEACH, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Jacob Bennett against John Leach. No opinion. Judgment unanimously affirmed, with costs.

BENSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Catherine Benson, as administratrix, against the City of New York. C. L. Barber, for appellant. L. M. Howell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENTON v. BENTON. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Atella T. Benton against Frederick L. Benton. No opinion. Motion granted. Settle order on notice. See, also, 122 App. Div. 921, 107 N. Y. Supp. 1121.

BERKOWSKY, Respondent, v. METZENDORF et al., Appellants. (Supreme Court, Ap-